IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 13, 2008

Charles R. Fulbruge III
Clerk

No. 07-20884
Summary Calendar

ALEXANDER PERVYSHEV

Plaintiff - Appellant

V.

INC INTERORIENT NAVIGATION HAMBURG GMBH & CO. KG

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas, Houston
4:07-CV-02770

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Alexander Pervyshev, a Russian citizen, signed an employment contract in Russia with INC Hamburg, a German corporation. Pervyshev agreed to work aboard the M/V Candock III, and Hamburg flew Pervyshev to Houston, Texas to board the ship. Pervyshev was injured while cargo was being unloaded from the Candock while docked at Barranquilla, Columbia. A Columbian company was operating the crane offloading the cargo.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court dismissed Pervyshev's claim on the basis that the court lacked personal jurisdiction over INC Hamburg.  The district court, in its well stated Order and Judgment dated October 31, 2007, properly concluded that personal jurisdiction did not exist over INC Hamburg.  We AFFIRM.